**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA LEE FLORES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT W. FOX, Warden,<br><br>　　　　Respondent. | Case No. EDCV 16-0102-DSF (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/20/17

　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE